# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN EMMANUEL GIBBONS-
BROWN,
Appellant,
vs.
SHONTOVIA REGINA HALL,
Respondent.

No. 76425

FILED

AUG 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on July 19, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A. Brown

cc:     Hon. Charles J. Hoskin, District Judge, Family Court Division
The Law Office of Dan M. Winder, P.C.
Shontovia Regina Hall
Eighth District Court Clerk